UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-265-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL INFORMATION |
| ) | |
| JUSTIN COLE MILAM ) | |

The United States Attorney charges that:

## COUNT ONE

(Manufacture of child pornography)

Between November 2016 and January 2017, in the Eastern District of North Carolina, the defendant, JUSTIN COLE MILAM, the defendant herein, did knowingly employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing visual materials that had been mailed, shipped, and transported in interstate and foreign commerce; all in violation of Title 18, Unites States Code sections 2251(a) and (e).

## FORFEITURE ALLEGATION

Upon conviction of the offense referenced above, the Defendant shall forfeit to the United States —

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual

depiction, which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s)

— all pursuant to Title 18, United States Code, Section 2253(a).

The forfeitable property includes, but is not limited to:

1. 32 GB Flash Drive;

2. Apple iPhone 6S;

3. Apple iPod 2nd Gen;

4. 1 TB Seagate external harddrive

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Sections

2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

JOHN STUART BRUCE
United States Attorney

BY: ETHAN A. ONTJES
Assistant United States Attorney