IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-cr-265-1FL

UNITED STATES OF AMERICA )
)
versus )
)
JUSTIN MILAM )

**ORDER TO SEAL DE 22**

For good cause shown, the Defendant's Motion to Seal DE 22 is Granted and Allowed.

So Ordered, this the __26th__ day of __March__, 2018.

_____
Louise W. Flanagan
United States District Judge