# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 29, 2019

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re: Justin Cole Milam
          v. United States
          No. 18-8623
          (Your No. 18-4221)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 28, 2019 and placed on the docket March 29, 2019 as No. 18-8623.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Redmond K. Barnes
                        Case Analyst