# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

April 29, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Justin Cole Milam
v. United States
No. 18-8623
(Your No. 18-4221)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk